IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELVIN SUTTON,** | : CIVIL ACTION NO. 1:19-CV-2080 |
| | : |
| Plaintiff | : (Judge Conner) |
| | : |
| v. | : |
| | : |
| **DR. PAUL NOEL,** *et al.*, | : |
| | : |
| Defendants | : |

## **ORDER**

AND NOW, this 1st day of February, 2021, upon consideration of plaintiff's motion (Doc. 29) to compel discovery, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

1. The motion (Doc. 29) is GRANTED in part with respect to plaintiff's request for access to his own medical records, provided that he completes the appropriate procedures prescribed by the Department of Corrections. It is further GRANTED in part with respect to request number 12 as set forth in the accompanying Memorandum.

2. The motion (Doc. 29) is DENIED to the extent that plaintiff seeks an order compelling defendant to provide him with free copies of his medical records.

3. Plaintiff's requests for production and request for answers to interrogatories (Docs. 19, 24, 25) shall be STRICKEN from the docket, as parties must refrain from filing discovery requests with the court. See Local Rule of Court 5.4(b). Plaintiff is admonished to refrain from filing his discovery requests on the docket.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania