# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELVIN SUTTON,** | : | CIVIL ACTION NO. 1:19-CV-2080 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DR. PAUL NOEL, DR. HARESHA PANDYA,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 30th day of June, 2022, upon consideration of defendant Noel's motion (Doc. 73) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 73) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendant Dr. Paul Noel and against plaintiff.

3. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania