# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Kelvin Sutton<br>*Plaintiff*<br>v.<br>Dr. Paul Noel<br>*Defendant* | ) ) ) ) ) Civil Action No. 1:19-CV-2080 |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment entered in favor of defendant Dr. Paul Noel and against plaintiff.

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Christopher C. Conner

Order filed June 30, 2022 (Doc 79)

Date: June 30, 2022

*CLERK OF COURT*

*/s/ M. Walker, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*