# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KELVIN SUTTON,** | : | **CIVIL ACTION NO. 1:19-CV-2080** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DR. PAUL NOEL, DR. HARESHA PANDYA,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 18th day of July, 2022, upon consideration of defendant Pandya's motion (Doc. 63) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 63) is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendant Dr. Haresha Pandya and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania