# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| Kelvin Sutton | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:19-CV-2080 |
| Dr. Haresh Pandya | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment entered in favor of defendant Dr. Haresh Pandya and against plaintiff.

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Christopher C. Conner

Order filed July 18, 2022 (Doc 82)

Date: July 18, 2022

*CLERK OF COURT*

*/s/ M. Walker, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*